**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

| | |
|---|---|
| IN RE: | Case No.: 10-30145 |
| JEFFREY L COUCH | Chapter 7 |
| STEPHANIE D COUCH | Hon. Daniel S. Opperman |

Debtor(s).
_____/

**NOTICE OF DIVIDEND**
**LESS THAN $5.00**

TO THE CLERK OF THE COURT:

    The attached check in the amount of $15.71 represents the total sum of dividends less than $5.00 in this Estate, and is paid to the U.S. Bankruptcy Court. The name and address of the parties entitled to these dividends are as follows:

| Creditor Name/Address | Claim No.: | Amount of Dividend |
|---|---|---|
| American Infosource LP As Agent For World Financial Network National Bank As Lane Bryant (Spirit Of America) #xxx2530 PO Box 248872 Oklahoma City, OK 73124-8872 | 3 | $2.80 |
| Chase Bank USA, N.A. #xxx6058 PO Box 15145 Wilmington, DE 19850-5145 | 4 | $4.98 |
| Chase Bank USA,N.A #xxx3416 C/O Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | 6 | $2.53 |
| American Express Centurion Bank C/O Becket And Lee LLP #xxx1007 POB 3001 Malvern PA 19355-0701 | 7 | $4.86 |
| **Total** | | $ 15.17 |

Dated: 2/10/11

                                                            /s/ Collene K. Corcoran, Trustee
                                                            Collene K. Corcoran, Trustee
                                                            PO Box 535
                                                            Oxford, MI 48371
                                                           (248) 969-9300
                                                           ccorcoran@epiqtrustee.com